UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YASMIL FERTIDES,
                Plaintiff,

-against-

ROBERT BEAUDOUIN et al.,
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2022

21 **CIVIL** 4714 (JMF)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 4, 2022, the above-captioned action is hereby dismissed, albeit without prejudice, for abandonment and failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure, and for substantially the reasons set forth in Part II of Defendants' memorandum of law in support of their motion to dismiss, see ECF No. 19, at 7-9. The Court need not and does not reach the other arguments raised in Defendants' memorandum of law in support of their motion to dismiss. Judgment is hereby entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
         April 4, 2022

                                                    **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                         **BY:**
                                                    **Deputy Clerk**